NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEE HOLLAND, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7198

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-1481, Judge Bruce E. Kasold.

---

**ON MOTION**

---

**ORDER**

Upon review of this recently docketed appeal, it appears that Lee Holland, Jr.'s appeal was not timely filed.

On February 3, 2011, the United States Court of Appeals for Veterans Claims entered judgment in Holland's case. The court received Holland's notice of appeal on July 14, 2011, 161 days after the date of judgment.

To be timely, a notice of appeal must be received by the Court of Appeals for Veterans Claims within 60 days of the entry of judgment. See 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1).

Accordingly,

IT IS ORDERED THAT:

(1) Holland is directed to show cause, within 30 days of the date of filing of this order why this appeal should not be dismissed as untimely. The Secretary of Veterans Affairs may also respond within that time.

(2) The briefing schedule is stayed.

FOR THE COURT

OCT 0 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly.
Clerk

cc: Lee Holland, Jr.
    Jeanne E. Davidson, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 6 2011

JAN HORBALY
CLERK